# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

CLINT ANTHONY AVANT,

    Plaintiff,

v.                        Case No: 2:21-cv-197-SPC-NPM

JOBIE BATES,

    Defendant.
_____/

## **ORDER**[1]

    This matter comes before the Court on sua sponte review of the file. The Court ordered Plaintiff Clint Anthony Avant to complete service forms and provide copies of his Complaint to the Clerk on or before June 25, 2021. (Doc. 10). The Court warned Plaintiff that not (1) complying with its Order, or (2) explaining his inability to do so would result in this action being dismissed without further notice. (Doc. 10 at 2). To date, Plaintiff has done neither likely because he never received the Order. Although the Court mailed him a copy, the Order was returned as undeliverable. Because Plaintiff has not filed any change of address as required (Doc. 4 at 7), the Court does not have his current

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

address. This case cannot continue if the Court cannot communicate with Plaintiff. Thus, the Court will dismiss the action for failure to prosecute. Because the dismissal is without prejudice, Plaintiff may file a new case, but any pleadings filed must not include the above case number.

Accordingly, it is

**ORDERED**:

1. This action is **DISMISSED without prejudice**.
2. The Clerk is **DIRECTED** to enter judgment, deny any pending motions as moot, terminate any deadlines, and close this case.

**DONE** and **ORDERED** in Fort Myers, Florida on June 29, 2021.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record